# United States District Court
# For The Western District of North Carolina
# Asheville Division

GAY EUGENE BLANKENSHIP,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          1:05cv83-1-MU

HUGH DOUGLAS MITCHELL, supt.,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2005 Order.


                                                   FRANK G. JOHNS, CLERK

January 20, 2006

                                                   s/Elizabeth Barton
                         BY: _____
                                              Elizabeth Barton, Deputy Clerk